**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-01074-CV

_____

**BRYAN KEITH CRUM, Appellant**

**V.**

**KRISTIN BROOK CRUM, Appellee**

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Case No. 2001-50021

## MEMORANDUM OPINION

On January 6, 2014, appellant, Bryan Keith Crum, filed a motion to dismiss this appeal. No other party has filed a notice of appeal and no opinion has issued. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.